UNITED STATES DISTRICT COURT
IN THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: 3:09-cr-612-CMC |
| ) | |
| vs. ) | |
| ) | |
| ROLANDO YEPEZ, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO APPEAL

Notice is hereby given that the above-captioned Defendant hereby appeals to the United States Court of Appeals of the Fourth Circuit from the Order/Judgment entered in this action on the February 8, 2010.

Respectfully Submitted

Russell O. Brown, Federal Id # 9597
PO Box 134
Columbia, SC 29202
Telephone: (803) 771-4003
Facsimile: (803) 254-5798
Email: rbrown@robrownlawfirm.com

Attorney for Defendant
ROLANDO YEPEZ

Columbia, South Carolina

February 18, 2010